NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

2010-5084

JOHN R. MILDENBERGER, MICHELE C. RUTH, ROBERT O. BARATTA, CAROL A. BARATTA, JOSEPH K. HENDERSON, PATRICIA T. HENDERSON, CHARLES C. CRISPIN, JULIE D. CRISPIN, WILLIAM E. GUY, JR., STELLA S. GUY, JAMES J. HARTER, PATRICIA C. HARTER, FLOYD D. JORDAN, MARJORIE N. JORDAN, CHARLES V. LOCKE, VERA A. LOCKE, ANN S. MACMILLAN, PAUL PARE, ROBERT H. PARE, JR., ERYN T. PARE, JOHN F. PATTESON, ROBERT PEARSON, FREDERICK RUTZE, KIMBERLY RUTZKE, BRIAN SCHMIDT, DEBORAH SCHMIDT, MARK S. BEATTY, ATHOL DOYLE CLOUD, JR., PATRICIA P. CLOUD, MARK R. CONNELL, PHILIP TAFOYA, and GERALDINE TAFOYA.

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no. 06-CV-760, Judge Lynn J. Bush.

ON MOTION

ORDER

Upon consideration of John R. Mildenberger et al.'s motion to reform the caption to include Mark S. Beatty, Athol Doyle Cloud, Jr., Patricia P. Cloud, Mark R. Connell, Philip Tafoya, and Geraldine Tafoya as plaintiffs-appellants,[*]

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

---

[*] The six added individuals were not listed on the docket sheet of the United States Court of Federal Claims. However, their names appear on the complaint and thus it appears that they are parties to the underlying action and to this appeal.

FOR THE COURT

MAR 2 5 2010
_____
Date

cc:   Roger J. Marzulla, Esq.
      Steven D. Bryant, Esq.

s19

/s/ Jan Horbaly_____
Jan Horbaly
Clerk

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 2 5 2010

JAN HORBALY
CLERK